ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Allied Pacific Builders | ) ASBCA No. 63452 |
| | ) |
| Under Contract No. N62478-20-D-4033 | ) |

APPEARANCE FOR THE APPELLANT:    Mr. William Alicar
    President

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
    Navy Chief Trial Attorney
    David M. Marquez, Esq.
    Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 24, 2023

RICHARD SHACKLEFORD
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63452, Appeal of Allied Pacific Builders, rendered in conformance with the Board's Charter.

Dated:  May 25, 2023

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals